1
2
3
4
5
6
7

Judge Timothy W. Dore
Chapter 7

8

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

9
10
11

In Re:

JOHN A. LONG,

Debtor.

No. 13-14134 - TWD

UNITED STATES TRUSTEE'S
EX PARTE MOTION TO REOPEN
CHAPTER 7 CASE

12
13

The United States Trustee, pursuant to 11 U.S.C. § 350 (b), Fed. R. Bank. P. 5010, and

14

Local Rule 5010, moves *ex parte* that this Court enter an order reopening the above-captioned

15

Chapter 7 case.

16

In support of this motion, the United States Trustee represents and alleges as follows:

17

1. The United States Trustee has standing to bring this motion pursuant to 11 U.S.C §307.

18

2. The United States Trustee brings this motion pursuant to the United States Trustee's

19

authority to supervise the administration of bankruptcy cases under 28 U.S.C. §586(a)(3).

20

3. On October 2, 2014, the Court entered an order discharging the trustee and closing the

estate.

21

4. The United States Trustee has received information concerning the existence of

22

additional assets requiring further administration. Accordingly, it is necessary to reopen this

23

case immediately so that the assets may be administered.

24

5. No notice need be given to the creditors of the United States Trustee's motion under

25

Local Rule 5010-1, because creditors will not be prejudiced by the action.

26
27
28

UNITED STATES TRUSTEE'S
EX PARTE MOTION TO REOPEN
CHAPTER 7 CASE Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

1    WHEREFORE, the United States Trustee respectfully requests that this Court enter an

2  order reopening this chapter 7 case and authorizing the United States Trustee to appoint a trustee

3  in this case.

        DATED this 29th day of Decemeber, 2014.

4

5                                                        Respectfully submitted,

6
                                                         GAIL BREHM GEIGER
7                                                        Acting United States Trustee for Region 18

8

9                                                        */s/ Thomas A. Buford*
                                                         Thomas A. Buford, Missouri Bar  #56460
10                                                       Assistant United States Trustee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   UNITED STATES TRUSTEE'S                             Office of the United States Trustee
     EX PARTE MOTION TO REOPEN                           United States Courthouse
     CHAPTER 7 CASE Page - 2                             700 Stewart Street, Suite 5103
                                                         Seattle, WA 98101-1271
                                                         206-553-2000, 206-553-2566 (fax)